**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

☐ Chapter 7

■ Chapter 11

☐ Chapter 12

☐ Chapter 13

☐ Check if this is an amended filing

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy

04/20

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

| Part 1: | Identify Yourself |
| --- | --- |

| | | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
| --- | --- | --- | --- |
| 1. | **Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | DONALD<br>First name<br><br>Middle name<br><br>CHAE<br>Last name and Suffix (Sr., Jr., II, III) | First name<br><br>Middle name<br><br>Last name and Suffix (Sr., Jr., II, III) |
| 2. | **All other names you have used in the last 8 years**<br><br>Include your married or maiden names. | | |
| 3. | **Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx-xx-0886 | |

Debtor 1    **DONALD CHAE** _____    Case number *(if known)* _____

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|

**4. Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

Include trade names and *doing business as* names

■ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

☐ I have not used any business name or EINs.

Business name(s)
_____

EIN
_____

**5. Where you live**

**2200 Sherwood Road**
**San Marino, CA 91108-2851**
Number, Street, City, State & ZIP Code

**Los Angeles**
County

**If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

If Debtor 2 lives at a different address:

_____
Number, Street, City, State & ZIP Code

_____
County

**If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

_____
Number, P.O. Box, Street, City, State & ZIP Code

**6. Why you are choosing *this district* to file for bankruptcy**

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

■ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason.
Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **DONALD CHAE**

Case number *(if known)*

| Part 2: | Tell the Court About Your Bankruptcy Case |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010))*. Also, go to the top of page 1 and check the appropriate box.

☐ Chapter 7
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

■ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

■ No.
☐ Yes.

| District | | When | | Case number | |
|---|---|---|---|---|---|
| District | | When | | Case number | |
| District | | When | | Case number | |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☐ No
■ Yes.

| Debtor | **Plamex Investment, LLC** | | | Relationship to you | **Affiliate** |
|---|---|---|---|---|---|
| District | **Central District** | When | **4/14/21** | Case number, if known | **8:21-bk-10958-ES** |
| Debtor | **The Source Hotel, LLC** | | | Relationship to you | **Affiliate** |
| District | **Central District** | When | **2/26/21** | Case number, if known | **8:21-bk-10525-ES** |

**11. Do you rent your residence?**

■ No.    Go to line 12.

☐ Yes.    Has your landlord obtained an eviction judgment against you?

☐ No. Go to line 12.

☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **DONALD CHAE**                                          Case number *(if known)* _____

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12.** **Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13.** **Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor or a debtor as defined by 11 U.S.C. § 1182(1)?***

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor or a debtor choosing to proceed under Subchapter V so that it can set appropriate deadlines. If you indicate that you are a small business debtor or you are choosing to proceed under Subchapter V, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).*

☐ No.    I am not filing under Chapter 11.

■ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a debtor according to the definition in § 1182(1) of the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14.** **Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____
_____
Number, Street, City, State & Zip Code

---

Debtor 1    **DONALD CHAE**                                                                   Case number *(if known)*

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.**
I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.**
My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.**
I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1    **DONALD CHAE**    Case number *(if known)* _____

---

| **Part 6:** | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

**16a.** **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

■ No. Go to line 16b.

☐ Yes. Go to line 17.

**16b.** **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

■ Yes. Go to line 17.

**16c.** State the type of debts you owe that are not consumer debts or business debts

---

**17. Are you filing under Chapter 7?**

■ No.    I am not filing under Chapter 7. Go to line 18.

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☐ Yes.    I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

☐ No

☐ Yes

---

**18. How many Creditors do you estimate that you owe?**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

---

**19. How much do you estimate your assets to be worth?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
■ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

**20. How much do you estimate your liabilities to be?**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☐ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

■ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

---

| **Part 7:** | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**DONALD CHAE**
Signature of Debtor 1

Signature of Debtor 2

Executed on    10/03/2021
          MM / DD / YYYY

Executed on    _____
          MM / DD / YYYY

---

Debtor 1    **DONALD CHAE**                                                                    Case number *(if known)*

---

**For your attorney, if you are
represented by one**

**If you are not represented by
an attorney, you do not need
to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible.  I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

| | | |
|---|---|---|
| **/s/ Robert S. Marticello** | Date | **October  3, 2021** |
| Signature of Attorney for Debtor | | MM / DD / YYYY |

**Robert S. Marticello**
Printed name

**SMILEY WANG-EKVALL, LLP**
Firm name

**3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626**
Number, Street, City, State & ZIP Code

Contact phone    **(714) 445-1000**                    Email address    **rmarticello@swelawfirm.com**

**244256 CA**
Bar number & State

---

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **DONALD CHAE** |
| | First Name — Middle Name — Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name — Middle Name — Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## B 104

## For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders          12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor.  11 U.S.C. § 101.  Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**     List the 20 Unsecured Claims in Order from Largest to Smallest.  Do Not Include Claims by Insiders.

| | | | **Unsecured claim** |
|---|---|---|---|

**1**

**Abra Lending Inc.**
**10100 Culver City Blvd Suite D**
**Culver City, CA 90232**

What is the nature of the claim?     **Guaranty of M&D Properties Loan**     **$6,000,000.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)
        Value of security:                    -
        Unsecured claim

_____
Contact

_____
Contact phone

**2**

**Beach Orangethorpe II, LLC**
**c/o CT Corporation System**
**3705 W. Pico Blvd. PMB 22555**
**Los Angeles, CA 90019**

What is the nature of the claim?     **Guaranty Agreement**     **$53,634,957.00**

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

_____
Contact

B104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 1

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor 1    **DONALD CHAE**

Case number *(if known)* _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                       _____

---

**3**

**Beach Orangethorpe Source, LLC**
**c/o CT Corporation System**
**3705 W. Pico Blvd PMB 22555**
**Los Angeles, CA 90019**

What is the nature of the claim?    <u>Guaranty Agreement</u>    $12,025,833.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                       _____

---

**4**

**Beach Orangethorpe Ventures, LLC**
**c/o CT Corporation Systems**
**3705 W Pico Blvd. PMB 22555**
**Los Angeles, CA 90019**

What is the nature of the claim?    <u>Guaranty Agreement</u>    $52,047,693.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                       _____

---

**5**

**Beach Orangethorpe, LLC**
**c/o CT Corporation Systems**
**3705 W Pico Blvd PMB 22555**
**Los Angeles, CA 90019**

What is the nature of the claim?    <u>Guaranty Agreement</u>    $53,634,957.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

Does the creditor have a lien on your property?
- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact _____

Contact phone _____

Value of security:                    - _____
Unsecured claim                       _____

---

**6**

**Boch Management, Inc.**
**3225 E. Abbey Lane**
**Orange, CA 92687**

What is the nature of the claim?    <u>Guaranty</u>    $1,500,000.00

As of the date you file, the claim is: Check all that apply
- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

B 104 (Official Form 104)    For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims    Page 2

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor 1    **DONALD CHAE**                           Case number *(if known)*

☐    None of the above apply

**Does the creditor have a lien on your property?**

■    No

Contact                        ☐    Yes. Total claim (secured and unsecured)
                                        Value of security:                    -
Contact phone                           Unsecured claim

---

**7**

**David S Kim**                 What is the nature of the claim?        **Guaranty Agreement**    $914,000.00
**500 S Virgil Avenue Suite 201**
**Los Angeles, CA 90020**        **As of the date you file, the claim is:** Check all that apply
                                ☐    Contingent
                                ☐    Unliquidated
                                ☐    Disputed
                                ■    None of the above apply

                                **Does the creditor have a lien on your property?**

                                ■    No

Contact                        ☐    Yes. Total claim (secured and unsecured)
                                        Value of security:                    -
Contact phone                           Unsecured claim

---

**8**

**Ho Bin Nhin**                 What is the nature of the claim?        **Guaranty Agreement**    $1,000,000.00
**5230 Serend Drive**
**Temple City, CA 91780**        **As of the date you file, the claim is:** Check all that apply
                                ■    Contingent
                                ■    Unliquidated
                                ☐    Disputed
                                ☐    None of the above apply

                                **Does the creditor have a lien on your property?**

                                ■    No

Contact                        ☐    Yes. Total claim (secured and unsecured)
                                        Value of security:                    -
Contact phone                           Unsecured claim

---

**9**

**Pacific City Bank**           What is the nature of the claim?        **Guaranty Agreement**    $600,000.00
**Western Branch**
**450 S Western Ave, Suite 213** **As of the date you file, the claim is:** Check all that apply
**Los Angeles, CA 90020**        ■    Contingent
                                ■    Unliquidated
                                ☐    Disputed
                                ☐    None of the above apply

                                **Does the creditor have a lien on your property?**

                                ■    No

Contact                        ☐    Yes. Total claim (secured and unsecured)
                                        Value of security:                    -
Contact phone                           Unsecured claim

---

**10**                          What is the nature of the claim?        **Guaranty of M&D**    $1,050,000.00

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims                    Page 3

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                              Best Case Bankruptcy

Debtor 1     **DONALD CHAE**                                    Case number *(if known)* _____

---

**Preferred Bank**
**17515 Colima Road**
**City of Industry, CA 91748**

**Properties Loan**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:                    - _____
  Unsecured claim                        _____

Contact _____

Contact phone _____

---

**11**     **Quang Cuong Nguyen**
**8200 Bolsa Ave Spc 58**
**Midway City, CA 92655**

What is the nature of the claim?     **Guaranty Agreement**     $500,000.00

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:                    - _____
  Unsecured claim                        _____

Contact _____

Contact phone _____

---

**12**     **Quang D Tran**
**8200 Bolsa Ave Spc 58**
**Midway City, CA 92655**

What is the nature of the claim?     **Guaranty Agreement**     $500,000.00

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)
  Value of security:                    - _____
  Unsecured claim                        _____

Contact _____

Contact phone _____

---

**13**     **Quarry Head 2017-1 Grantor**
**Trust**
**c/o Waterfall Asset Management**
**LLC**
**1140 Avenue of the Americas 7th**
**Fl**
**New York, NY 10036**

What is the nature of the claim?     **Guaranty Agreement**     $19,622,820.00

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No

---

B 104 (Official Form 104)     For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims     Page 4

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor 1    **DONALD CHAE**                                    Case number *(if known)* _____

_____    ☐    Yes. Total claim (secured and unsecured)
Contact                                Value of security:                    - _____
_____                        Unsecured claim                      _____
Contact phone

---

| **14** | RHRG Investments Inc. | **What is the nature of the claim?** | **Guaranty Agreement** | **$5,400,000.00** |

**14**    RHRG Investments Inc.
119 Cruiser
Irvine, CA 92618

**What is the nature of the claim?**    **Guaranty Agreement**    **$5,400,000.00**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
■    No
_____    ☐    Yes. Total claim (secured and unsecured)
Contact                                Value of security:                    - _____
_____                        Unsecured claim                      _____
Contact phone

---

**15**    Shady Bird Lending LLC
c/o Law Offices of Ronald
Richards
P.O. Box 11480
Beverly Hills, CA 90213

**What is the nature of the claim?**    **Guaranty Agreement**    **$31,131,000.70**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
■    No
_____    ☐    Yes. Total claim (secured and unsecured)
Contact                                Value of security:                    - _____
_____                        Unsecured claim                      _____
Contact phone

---

**16**    Thi Hoa Nguyen
5391 Laverne Cir
Westminster, CA 92683

**What is the nature of the claim?**    **Guaranty Agreement**    **$500,000.00**

**As of the date you file, the claim is:** Check all that apply
■    Contingent
■    Unliquidated
☐    Disputed
☐    None of the above apply

**Does the creditor have a lien on your property?**
■    No
_____    ☐    Yes. Total claim (secured and unsecured)
Contact                                Value of security:                    - _____
_____                        Unsecured claim                      _____
Contact phone

---

**17**    Wells Fargo Bank, N.A., as
Trustee
Morgan Stanley Cap I Trust
2016-UBS

**What is the nature of the claim?**    **Guaranty Agreement**    **$107,779,863.93**

B 104 (Official Form 104)        For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims        Page 5

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

Debtor 1    **DONALD CHAE**                              Case number *(if known)*

**9062 Old Annapolis Road**
**Columbia, MD 21045**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                    Value of security:                    -
Contact phone                              Unsecured claim

---

**18**

**WF I105, LLC**
**c/o Waterfall Asset Management, LLC**
**Attn: General Counsel**
**1140 Avenue of the Americas, 7th Fl**
**New York, NY 10036**

What is the nature of the claim?    **Guaranty Agreement**    **$40,428,467.00**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                    Value of security:                    -
Contact phone                              Unsecured claim

---

**19**

**Woori America Bank**
**330 Fifth Avenue, 3rd Floor**
**New York, NY 10001**

What is the nature of the claim?    **Guaranty of The Source Office Loan**    **$9,250,000.00**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- ■ No
- ☐ Yes. Total claim (secured and unsecured)

Contact                                    Value of security:                    -
Contact phone                              Unsecured claim

---

**20**

**YG Entertainment**
**17, Seolleung-ro 152-gil**
**Gangnam-gu, Seoul**
**Republic of Korea 06014**

What is the nature of the claim?    **Guaranty of Put Option**    **$5,225,000.00**

As of the date you file, the claim is: Check all that apply

- ■ Contingent
- ■ Unliquidated
- ■ Disputed
- ☐ None of the above apply

**Does the creditor have a lien on your property?**

- No

---

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 6

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                               Best Case Bankruptcy

Debtor 1    **DONALD CHAE**

Case number *(if known)*

Contact                                   ☐    Yes. Total claim (secured and unsecured)
                                               Value of security:
Contact phone                                  Unsecured claim

---

**Part 2:   Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

X  _____       X  _____

**DONALD CHAE**                                Signature of Debtor 2
Signature of Debtor 1

Date  10/03/21                                 Date  _____

B 104 (Official Form 104)          For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims          Page 7

Software Copyright (c) 1996-2021 Best Case, LLC - www.bestcase.com                                                       Best Case Bankruptcy

## STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1.  A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**In re The Source Hotel, LLC, Case No. 8:21-bk-10525-ES (pending)**

**In re Plamex Investment, LLC, Case No. 8:21-bk-10958-ES (pending) (case is jointly administered with In re 3100 E. Imperial Investment, LLC, Case No. 8:21-bk-10957-ES)**

2.  (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

3.  (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

4.  (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at _____SAN MARINO_____ , California.

Date: _____10/03/21_____

**DONALD CHAE**
Signature of Debtor 1

Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2018                                Page 1                    **F 1015-2.1.STMT.RELATED.CASES**

DONALD CHAE
2200 Sherwood Road
San Marino, CA 91108-2851

Robert S. Marticello
SMILEY WANG-EKVALL, LLP
3200 Park Center Drive, Suite 250
Costa Mesa, CA 92626

3D Design Industries, Inc.
8152 Indianapolis Avenue
Huntington Beach, CA 92646

6555 Beach LLC
6988 Beach Blvd B-215
Buena Park, CA 90621

Abra Lending Inc.
10100 Culver City Blvd Suite D
Culver City, CA 90232

American Integrated Resources Inc.
2341 North Pacific Street
Orange, CA 92865

Aragon Construction Inc.
5440 Arrow Highway
Montclair, CA 91763

AT&T
2150 Webster Street Room 401
Oakland, CA 94612

AT&T (Direct TV)
2230 E. Imperial Hwy, Fl 10
El Segundo, CA 90245


Athens Services
PO Box 60009
City of Industry, CA 91716-0009


Bank of America
PO Box 982234
El Paso, TX 79998-2234


Beach Orangethorpe Hotel II, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621


Beach Orangethorpe Hotel III, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621


Beach Orangethorpe Hotel, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621


Beach Orangethorpe II, LLC
c/o CT Corporation System
3705 W. Pico Blvd. PMB 22555
Los Angeles, CA 90019


Beach Orangethorpe Investors, LLC
6940 Beach Blvd, Suite D-301
Buena Park, CA 90621

Beach Orangethorpe Office, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621


Beach Orangethorpe Source, LLC
c/o CT Corporation System
3705 W. Pico Blvd PMB 22555
Los Angeles, CA 90019


Beach Orangethorpe Ventures, LLC
c/o CT Corporation Systems
3705 W Pico Blvd. PMB 22555
Los Angeles, CA 90019


Beach Orangethorpe VI, LLC
6940 Beach Blvd, Suite D-301
Buena Park, CA 90621


Beach Orangethorpe VII, LLC
6960 Beach Blvd, Suite J-205
Buena Park, CA 90621


Beach Orangethorpe, LLC
c/o CT Corporation Systems
3705 W Pico Blvd PMB 22555
Los Angeles, CA 90019


Best Quality Painting
818 N. Pacific Avenue #C
Glendale, CA 91203


BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306

Boch Management, Inc.
3225 E. Abbey Lane
Orange, CA 92687


California American Water
PO Box 7150
Pasadena, CA 91109-7150


Christopher Martinez
c/o Law Office of Morse Mehrban
15720 Ventura Blvd, Suite 306
Encino, CA 91436


County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438


CWCapital Asset Management
Attn: Ariel Levin/Jake Hamel
900 19th Street NW, 8th Floor
Washington, DC 20006


David S Kim
500 S Virgil Avenue Suite 201
Los Angeles, CA 90020


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952


Gap Visa/Synchrony Bank
PO Box 960017
Orlando, FL 32896-0017

Glendale Plumbing & Fire Supply
11120 Sherman Way
Sun Valley, CA 91352


Greenberg Traurig, P.A.
Attention: Laura Gangemi Vignola
333 SE 2nd Avenue
Miami, FL 33131


Hanmi Bank
5245 Beach Blvd, 1st Floor
Buena Park, CA 90621


Harvest Small Business Finance
24422 Avenida de la Carlota #232
Laguna Hills, CA 92653


Ho Bin Nhin
5230 Serend Drive
Temple City, CA 91780


Hunt Ortmann Palffy Nieves, et al
301 North Lane Avenue, 7th Floor
Pasadena, CA 91101-1807


INA
c/o Mitchell S. Kim
K&L Gates LLP
10100 Santa Monica Blvd 8th Floor
Los Angeles, CA 90067


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Law Offices of Dennis G. Gosso
345 Oxford Drive
Arcadia, CA 91007


Law Offices of Yohan Lee
5681 Beach Blvd., 7th Floor
Buena Park, CA 90621


Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110


M & D Properties
6940 Beach Boulevard
Buena Park, CA 90621


Macy's American Express
PO Box 9001108
Louisville, KY 40290-1108


Manh Thong Nguyen
10091 Bernadette Avenue
Buena Park, CA 90621


Min Seok Chae
7156 Indigo Way
Buena Park, CA 90621


Mirae Construction Co.
2222 S Broadway
Los Angeles, CA 90007

Natixis, New York Branch
Attention:  Real Estate Administrat
1251 Avenue of the Americas
New York, NY 10020


Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020


Northstar Demolition & Remediation
404 North Berry Street
Brea, CA 92821-3104


Open Bank
Commercial Loan Center III
1000 Wilshire Boulevard, Suite 100
Los Angeles, CA 90017


Pacific City Bank
Western Branch
450 S Western Ave, Suite 213
Los Angeles, CA 90020


Pan Pacific Mechanical
18250 Euclid Street
Fountain Valley, CA 92708


PDG Wallcoverings
26492 Via Juanita
Mission Viejo, CA 92691


Perkins Cole LLP
Attn.  Liana W. Spendlove
2901 N. Central Ave, Suite 2000
Phoenix, AZ 85012

Perkins Cole LLP
Attn: Mark Birnbaum
1888 Century Park East, Suite 1700
Los Angeles, CA 90067


Plamex Investment LLC
6988 Beach Boulevard Suite B-215
Buena Park, CA 90621


Plamex Investment, LLC
3100 East Imperial Highway
Lynwood, CA 90262


Plaza Mexico Residences II LLC
PO Box 489
Buena Park, CA 90621


Plaza Mexico Residences LLC
PO Box 489
Buena Park, CA 90621


Preferred Bank
17515 Colima Road
City of Industry, CA 91748


Prime Concrete Coatings
6127 James Alan Street
Cypress, CA 90630


Quang Cuong Nguyen
8200 Bolsa Ave Spc 58
Midway City, CA 92655

Quang D Tran
8200 Bolsa Ave Spc 58
Midway City, CA 92655


Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management LLC
1140 Avenue of the Americas 7th Fl
New York, NY 10036


Quintus Investment Management
(Hong Kong) Limited
Room 1704A, Twr 2, Admiralty Centre
Admiralty, HONG KONG


Ralphs Mastercard
US National Bank Association
P.O. Box 790408
Saint Louis, MO 63179-0408


RHRG Investments Inc.
119 Cruiser
Irvine, CA 92618


Robinson & Robinson LLP
2301 Dupont Drive, Suite 530
Irvine, CA 92612-7502


Shady Bird Lending LLC
c/o Law Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213


Shady Bird Lending LLC
c/o Law Offices of Geoffrey Long
1601 N. Sepulveda Blvd, No. 729
Manhattan Beach, CA 90266

Sierra West Finish Inc.
654 S Lincoln Ave
San Bernardino, CA 92408


Skypass (US Bank)
200 South Sixth Street
Minneapolis, MN 55402


Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155


SoCalGas
PO Box C
Monterey Park, CA 91756-5111


Sonamu Holdings LLC
6940 Beach Boulevard, Suite D-301
Buena Park, CA 90621


Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729-6400


Spectrum
PO Box 60074
City of Industry, CA 91716-0074


Squaremixx
c/o W. Dan Lee
Lee Law Office
725 S. Figueroa Street #3065
Los Angeles, CA 90017

The Source at Beach, LLC
3100 E. Imperial Highway
Lynwood, CA 90262


The Source Hotel LLC
6988 Beach Boulevard Suite B-215
Buena Park, CA 90621


The Source Office, LLC
6988 Beach Boulevard Suite B-215
Buena Park, CA 90621


The Source Tower & Residences, LLC
3100 E. Imperial Highway
Lynwood, CA 90262


Thi Hoa Nguyen
5391 Laverne Cir
Westminster, CA 92683


United Business Bank
Buena Park Office
c/o Ygnacio Valley Road, Suite 200
Walnut Creek, CA 94596


Uniti Bank
6301 Beach Boulevard, Suite 100
Buena Park, CA 90621


Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
9062 Old Annapolis Road
Columbia, MD 21045

WF 1105, LLC
c/o Waterfall Asset Management, LLC
Attn: General Counsel
1140 Avenue of the Americas, 7th Fl
New York, NY 10036


WF I105, LLC
c/o Waterfall Asset Management, LLC
Attn: General Counsel
1140 Avenue of the Americas, 7th Fl
New York, NY 10036


Winston & Strawn, LLP
Attention: Corey A. Tessler
200 Park Avenue
New York, NY 10166


Woori America Bank
330 Fifth Avenue, 3rd Floor
New York, NY 10001


YG Entertainment
17, Seolleung-ro 152-gil
Gangnam-gu, Seoul
Republic of Korea 06014