```
3D Design Industries, Inc.
8152 Indianapolis Avenue
Huntington Beach, CA 92646

6555 Beach LLC
6988 Beach Blvd B-215
Buena Park, CA 90621

Abra Lending Inc.
10100 Culver City Blvd Suite D
Culver City, CA 90232

American Integrated Resources Inc.
2341 North Pacific Street
Orange, CA 92865

Aragon Construction Inc.
5440 Arrow Highway
Montclair, CA 91763

AT&T
2150 Webster Street Room 401
Oakland, CA 94612

AT&T (Direct TV)
2230 E. Imperial Hwy, Fl 10
El Segundo, CA 90245

Athens Services
PO Box 60009
City of Industry, CA 91716-0009

Bank of America
PO Box 982234
El Paso, TX 79998-2234

Beach Orangethorpe Hotel II, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621

Beach Orangethorpe Hotel III, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621

Beach Orangethorpe Hotel, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621
```

Beach Orangethorpe II, LLC
c/o CT Corporation System
3705 W. Pico Blvd. PMB 22555
Los Angeles, CA 90019

Beach Orangethorpe Investors, LLC
6940 Beach Blvd, Suite D-301
Buena Park, CA 90621

Beach Orangethorpe Office, LLC
6988 Beach Boulevard, Suite B-215
Buena Park, CA 90621

Beach Orangethorpe Source, LLC
c/o CT Corporation System
3705 W. Pico Blvd PMB 22555
Los Angeles, CA 90019

Beach Orangethorpe Ventures, LLC
c/o CT Corporation Systems
3705 W Pico Blvd. PMB 22555
Los Angeles, CA 90019

Beach Orangethorpe VI, LLC
6940 Beach Blvd, Suite D-301
Buena Park, CA 90621

Beach Orangethorpe VII, LLC
6960 Beach Blvd, Suite J-205
Buena Park, CA 90621

Beach Orangethorpe, LLC
c/o CT Corporation Systems
3705 W Pico Blvd PMB 22555
Los Angeles, CA 90019

Best Quality Painting
818 N. Pacific Avenue #C
Glendale, CA 91203

BMW Financial Services
PO Box 3608
Dublin, OH 43016-0306

Boch Management, Inc.
3225 E. Abbey Lane
Orange, CA 92687

California American Water
PO Box 7150
Pasadena, CA 91109-7150

Christopher Martinez
c/o Law Office of Morse Mehrban
15720 Ventura Blvd, Suite 306
Encino, CA 91436

County of Orange
Attn: Treasurer-Tax Collector
P.O. Box 1438
Santa Ana, CA 92702-1438

CWCapital Asset Management
Attn:  Ariel Levin/Jake Hamel
900 19th Street NW, 8th Floor
Washington, DC 20006

David S Kim
500 S Virgil Avenue Suite 201
Los Angeles, CA 90020

Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Sacramento, CA 95812-2952

Gap Visa/Synchrony Bank
PO Box 960017
Orlando, FL 32896-0017

Glendale Plumbing & Fire Supply
11120 Sherman Way
Sun Valley, CA 91352

Greenberg Traurig, P.A.
Attention:  Laura Gangemi Vignola
333 SE 2nd Avenue
Miami, FL 33131

Hanmi Bank
5245 Beach Blvd, 1st Floor
Buena Park, CA 90621

Harvest Small Business Finance
24422 Avenida de la Carlota #232
Laguna Hills, CA 92653

Ho Bin Nhin
5230 Serend Drive
Temple City, CA 91780

Hunt Ortmann Palffy Nieves, et al
301 North Lane Avenue, 7th Floor
Pasadena, CA 91101-1807

INA
c/o Mitchell S. Kim
K&L Gates LLP
10100 Santa Monica Blvd 8th Floor
Los Angeles, CA 90067

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Law Offices of Dennis G. Gosso
345 Oxford Drive
Arcadia, CA 91007

Law Offices of Yohan Lee
5681 Beach Blvd., 7th Floor
Buena Park, CA 90621

Los Angeles County Tax Collector
P.O. Box 54110
Los Angeles, CA 90054-0110

M & D Properties
6940 Beach Boulevard
Buena Park, CA 90621

Macy's American Express
PO Box 9001108
Louisville, KY 40290-1108

Manh Thong Nguyen
10091 Bernadette Avenue
Buena Park, CA 90621

Min Seok Chae
7156 Indigo Way
Buena Park, CA 90621

Mirae Construction Co.

2222 S Broadway
Los Angeles, CA 90007

Natixis, New York Branch
Attention:  Real Estate Administrat
1251 Avenue of the Americas
New York, NY 10020

Natixis, New York Branch
1251 Avenue of the Americas
New York, NY 10020

Northstar Demolition & Remediation
404 North Berry Street
Brea, CA 92821-3104

Open Bank
Commercial Loan Center III
1000 Wilshire Boulevard, Suite 100
Los Angeles, CA 90017

Pacific City Bank
Western Branch
450 S Western Ave, Suite 213
Los Angeles, CA 90020

Pan Pacific Mechanical
18250 Euclid Street
Fountain Valley, CA 92708

PDG Wallcoverings
26492 Via Juanita
Mission Viejo, CA 92691

Perkins Cole LLP
Attn.  Liana W. Spendlove
2901 N. Central Ave, Suite 2000
Phoenix, AZ 85012

Perkins Cole LLP
Attn: Mark Birnbaum
1888 Century Park East, Suite 1700
Los Angeles, CA 90067

Plamex Investment LLC
6988 Beach Boulevard Suite B-215
Buena Park, CA 90621

Plamex Investment, LLC
3100 East Imperial Highway
Lynwood, CA 90262

Plaza Mexico Residences II LLC
PO Box 489
Buena Park, CA 90621

Plaza Mexico Residences LLC
PO Box 489
Buena Park, CA 90621

Preferred Bank
17515 Colima Road
City of Industry, CA 91748

Prime Concrete Coatings
6127 James Alan Street
Cypress, CA 90630

Quang Cuong Nguyen
8200 Bolsa Ave Spc 58
Midway City, CA 92655

Quang D Tran
8200 Bolsa Ave Spc 58
Midway City, CA 92655

Quarry Head 2017-1 Grantor Trust
c/o Waterfall Asset Management LLC
1140 Avenue of the Americas 7th Fl
New York, NY 10036

Quintus Investment Management
Hong Kong) Limited
Room 1704A, Twr 2, Admiralty Centre
Admiralty, HONG KONG

Ralphs Mastercard
US National Bank Association
P.O. Box 790408
Saint Louis, MO 63179-0408

RHRG Investments Inc.
119 Cruiser
Irvine, CA 92618

Robinson & Robinson LLP

2301 Dupont Drive, Suite 530
Irvine, CA 92612-7502

Shady Bird Lending LLC
c/o Law Offices of Ronald Richards
P.O. Box 11480
Beverly Hills, CA 90213

Shady Bird Lending LLC
c/o Law Offices of Geoffrey Long
1601 N. Sepulveda Blvd, No. 729
Manhattan Beach, CA 90266

Sierra West Finish Inc.
654 S Lincoln Ave
San Bernardino, CA 92408

Skypass (US Bank)
200 South Sixth Street
Minneapolis, MN 55402

Small Business Administration
Office of Disaster Assistance
14925 Kingsport Road
Fort Worth, TX 76155

SoCalGas
PO Box C
Monterey Park, CA 91756-5111

Sonamu Holdings LLC
6940 Beach Boulevard, Suite D-301
Buena Park, CA 90621

Southern California Edison
PO Box 6400
Rancho Cucamonga, CA 91729-6400

Spectrum
PO Box 60074
City of Industry, CA 91716-0074

Squaremixx
c/o W. Dan Lee
Lee Law Office
725 S. Figueroa Street #3065
Los Angeles, CA 90017

The Source at Beach, LLC
3100 E. Imperial Highway
Lynwood, CA 90262

The Source Hotel LLC
6988 Beach Boulevard Suite B-215
Buena Park, CA 90621

The Source Office, LLC
6988 Beach Boulevard Suite B-215
Buena Park, CA 90621

The Source Tower & Residences, LLC
3100 E. Imperial Highway
Lynwood, CA 90262

Thi Hoa Nguyen
5391 Laverne Cir
Westminster, CA 92683

United Business Bank
Buena Park Office
c/o Ygnacio Valley Road, Suite 200
Walnut Creek, CA 94596

Uniti Bank
6301 Beach Boulevard, Suite 100
Buena Park, CA 90621

Wells Fargo Bank, N.A., as Trustee
Morgan Stanley Cap I Trust 2016-UBS
9062 Old Annapolis Road
Columbia, MD 21045

WF 1105, LLC
c/o Waterfall Asset Management, LLC
Attn:  General Counsel
1140 Avenue of the Americas, 7th Fl
New York, NY 10036

WF I105, LLC
c/o Waterfall Asset Management, LLC
Attn:  General Counsel
1140 Avenue of the Americas, 7th Fl
New York, NY 10036

Winston & Strawn, LLP
Attention:  Corey A. Tessler

```
200 Park Avenue
New York, NY 10166

Woori America Bank
330 Fifth Avenue, 3rd Floor
New York, NY 10001

YG Entertainment
17, Seolleung-ro 152-gil
Gangnam-gu, Seoul
Republic of Korea 06014
```