| UNITED STATES BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA | FOR COURT USE ONLY |
|---|---|
| In re:<br><br>Donald Chae,<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Debtor(s). | FILED OCT 12 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk<br><br>ENTERED OCT 12 2021<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: Deputy Clerk |
| | CASE NO.: 2: 21-bk-17696 SK<br><br>CHAPTER: 11 |
| | **ORDER REASSIGNING BANKRUPTCY CASE PURSUANT TO GENERAL ORDER 11-01 TO JUDGE WITH PRIOR RELATED CASE/ PROCEEDING [8:21-bk-10958 ES]; [8:21-bk-10525 ES]**<br><br>☐ WITHIN DIVISION TRANSFER<br><br>☒ WITHIN DISTRICT TRANSFER |

It appearing that the above-captioned bankruptcy case is properly transferable in accordance with the provisions of General Order 11-01,

IT IS HEREBY ORDERED that the above-captioned bankruptcy case be reassigned to Bankruptcy Judge Erithe A. Smith _____ [name to be inserted by the judge] for all further proceedings.

☐ **Within Division Transfer**

The bankruptcy case number will remain the same. However, the judge's initials must be changed to _____ [initials to be inserted by the judge] on all documents filed with the court.

☐ All adversary proceeding(s) to be transferred

☐ Do not transfer adversary proceeding(s)

☐ Other: _____

☒ **Within District Transfer**

The new bankruptcy case number is _____ [will be issued by the Clerk's Office after the order is signed].

☐ All adversary proceeding(s) to be transferred and the new adversary proceeding case number(s) will be issued by the Clerk's Office.

☐ Do not transfer adversary proceeding(s)

☐ Other:

Date: 10/12/21

_____
UNITED STATES BANKRUPTCY JUDGE